IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DAVID CARL PHELPS,

        Plaintiff,

    vs.

SGT. CABIELES, in his individual capacity;

        Defendant.

**8:24CV188**

**MEMORANDUM AND ORDER**

This matter is before the Court on Defendant's Motion to Extend Final Progression Order. Filing No. 24. Defendant requests that deadlines established in the Court's October 3, 2025, progression order, Filing No. 21, be extended for a period of 60 days. Upon consideration and for good cause shown,

IT IS ORDERED that:

1.    Defendants' Motion to Extend Final Progression Order, Filing No. 24, is granted. The deadline for filing motions to dismiss, motions for summary judgment, and motions to exclude testimony on *Daubert* and related grounds in the Court's progression order, Filing No. 21, is extended from February 9, 2026, to April 10, 2026.

2.    The Magistrate Judge shall enter an Amended Order Setting Schedule for Progression of Case, which will incorporate the date change outlined above, establish a schedule for preparation of the Order on Final Pretrial Conference, and schedule a date for the Final Pretrial Conference commensurate with the foregoing deadline.

2

3.    The Clerk of Court is directed to set a pro se case management deadline using the following text: **April 10, 2026**: deadline for dispositive motions.

Dated this 6th day of February, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge