# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DAVID CARL PHELPS,** | **Case No. 8:24cv188** |
| **Plaintiff,** | |
| **v.** | |
| **SGT. CABIELES, in his individual capacity,** | **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| **Defendant.** | |

COMES NOW Defendant Sgt. Cabieles[1] ("Cabieles"), in his individual capacity, and hereby moves this Court pursuant to Fed. R. Civ. P. 56 to grant summary judgment in their favor and request that Plaintiff's Complaint (Doc. #1) be dismissed with prejudice.

Cabieles is entitled to summary judgment because Plaintiff, David Carl Phelps ("Phelps"), cannot prove an intentional violation of a clearly established Constitutional right and he is protected by qualified immunity. The record will clearly show that Cabieles did not violate Jones' Constitutional rights as he did not retaliate against Phelps in violation of Phelps's First Amendment rights.

WHEREFORE, Cabieles requests that the Court grant his Motion for Summary Judgment and dismiss Plaintiff's Complaint with prejudice and for such other relief as the Court deems just and equitable.

Respectfully submitted April 9, 2026.

---

[1] Sgt. Cabieles's full name is Jairo Cabieles.

1

**SGT. CABIELES, in his individual capacity, Defendant.**

By:    MICHAEL T. HILGERS, #24483
       *Nebraska Attorney General*

By:    *s/ Justin J. Hall*
       Justin J. Hall, # 26161
       *Assistant Attorney General*
       OFFICE OF THE ATTORNEY GENERAL
       1445 K Street, Suite 2115
       PO Box 98920
       Lincoln, Nebraska 68509-8920
       Telephone: (402) 471-1833
       Justin.hall@nebraska.gov
       ***Attorneys for Defendants.***

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2026, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska.

BY:    *s/ Justin J. Hall*
       Justin J. Hall, #26161
       Assistant Attorney General

2